# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00262-CV

**Randall Ross Tawater, Appellant**

**v.**

**Stacy Lynn Tawater, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. FM305982, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's notice of appeal was received on April 23, 2004, contained in the clerk's record from Travis County. Appellant did not file a copy of that notice with this Court. *See* Tex. R. App. P. 25.1(e) (copy to be filed with appellate court). A review of the clerk's record shows that the notice of appeal was filed late in the district clerk's office. *See* Tex. R. App. P. 25.1(a) (appeal perfected when notice of appeal filed with trial court clerk). By letter of May 11, 2004, appellant was advised of the late filing and given the opportunity to cure the defect, such as by providing proof of timely mailing. *See* Tex. R. App. P. 9.2(b). To date, no response of any kind has been received.[1]

---

[1] Appellant has neither paid the filing fees for the appeal nor tendered an affidavit of indigency. *See generally* Tex. Gov't Code Ann. § 51.207 (West Supp. 2004); Tex. R. App. P. 20.

Accordingly, given that the record shows the notice of appeal was late, this Court has no jurisdiction over the appeal and must dismiss it. *See Industrial Servs. U.S.A., Inc. v. American Bank, N.A.*, (Tex. App.—Corpus Christi 2000, no pet.); Tex. R. App. P. 29.1(b), 42.3 (a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Dismissed for Want of Jurisdiction

Filed:   June 24, 2004